UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NDF1, LLC,<br><br>         Plaintiff,<br><br>-against-<br><br>PAUL GOMEZ; NATALIA GOMEZ; NASSAU COUNTY T&PVA; "JOHN DOE" and "JANE DOE," the last two names being fictitious, said parties intended being tenants or occupants, if any, having or claiming an interest in, or lien upon, the premises described in the complaint,<br><br>         Defendants. | **CORPORATE DISCLOSURE STATEMENT**<br><br>Docket No.: |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff NDF1, LLC ("Plaintiff"), a private non-governmental party, certifies the following:

  I declare that Plaintiff has no corporate affiliate, subsidiaries, and/or parent corporation and no publicly held corporation owns 10% or more of its stock.

  NDF1, LLC is a company created under the laws of the State of Florida with its principal place of business in the State of Florida and the domicile of its members are in Florida. As a result, for purposes of diversity pursuant to 28 U.S.C. § 1332(a), Plaintiff is a citizen of Florida.

Dated: August 16, 2023
    New York, New York

                      */s/ Shauna DeLuca*
                      Shauna DeLuca, Esq.
                      *Counsel for Plaintiff*