# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| NDF1, LLC <br><br> *Plaintiff(s)* <br> v. <br> PAUL GOMEZ; NATALIA GOMEZ; NASSAU COUNTY T&PVA; "JOHN DOE" and "JANE DOE," the last two names being fictitious, said parties intended being tenants or occupants, if any, having or claiming an interest in, or lien upon, the <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Paul Gomez
18 Page Drive
Hicksville, NY 11801

Nassau County Traffic & Parking Violations Agency
16 Cooper Street West
Hempstead, NY 11550

Natalia Gomez
111 Morgan Street
Apt 624
Stamford, CT 06905

"JOHN DOE" and "JANE DOE"
18 Page Drive
Hicksville, NY 11801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hasbani & Light, P.C.
Attn: Shauna DeLuca, Esqq.
450 Seventh Avenue, Suite 1408
New York, NY 10123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*