UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| NDF1, LLC, | Case No.: |
| Plaintiff. | **RPAPL 1320 NOTICE** |
| -against- | |
| PAUL GOMEZ; NATALIA GOMEZ; NASSAU COUNTY T&PVA; "JOHN DOE" and "JANE DOE," the last two names being fictitious, said parties intended being tenants or occupants, if any, having or claiming an interest in, or lien upon, the premises described in the complaint, | Block: 531<br>Lot: 52<br>Section:12 |
| | PROPERTY ADDRESS:<br>18 Page Drive<br>Hicksville, NY 11801 |
| Defendants. | |

------------------------------------------------------------------------x

# NOTICE
## YOU ARE IN DANGER OF LOSING YOUR HOME

**If you do not respond to this summons and complaint by serving a copy of the answer on the attorney for the mortgage company who filed this foreclosure proceeding against you and filing the answer with the court, a default judgment may be entered and you can lose your home.**

**Speak to an attorney or go to the court where your case is pending for further information on how to answer the summons and protect your property.**

**Sending a payment to your mortgage company will not stop this foreclosure action.**

**YOU MUST RESPOND BY SERVING A COPY OF THE ANSWER ON THE ATTORNEY FOR THE PLAINTIFF (MORTGAGE COMPANY) AND FILING THE ANSWER WITH THE COURT.**