# Exhibit A

# LEGAL DESCRIPTION

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being at Hicksville, in the Town of Oyster Bay, County of Nassau and State of New York known and designated as and by Lot No. 52 in Block No. 531 on a certain map entitled "Map of Hicksville Terrace Section No. 1, situated at Hicksville, Nassau County, New York, surveyed December 1959, Baldwin & Cornelius Co., Civil Engineers and Surveyors, Freeport, New York, and filed in the Office of the Clerk of the County of Nassau, October 19, 1960 as Map No. 7370, being more particularly bounded and described as follows:

BEGINNING at a point on the Southeasterly side of Page Drive where the same is intersected by the Northeasterly end of a curve having a radius of 10 feet and a length of 15.71 feet, which curve connects the Southeasterly side of Page Drive with the Northeasterly side of Hilton Court, and from said point of beginning;

RUNNING THENCE along the Southerly side of Page Drive, North 26 degrees 07 minutes 25 seconds East 90 feet;
THENCE   South 63 degrees 52 minutes 35 seconds East 100 feet;
THENCE   South 26 degrees 07 minutes 25 seconds West 50 feet;
THENCE   South 33 degrees 39 minutes 35 seconds West 25.65 feet to the Northeasterly side of Hilton Court;

THENCE in a general Northwesterly direction along the Northeasterly side of Hilton Court the following three (3) courses and distances:

Along an arc of a curve bearing to the left having a radius of 50 feet a distance of said curve of 42.71 feet To a point of reverse curve;
Along an arc of a curve bearing to the right having a radius of 50 feet a distance along the arc of said curve of 36.14 feet;
North 63 degrees 52 minutes 35 seconds West 13.93 feet to the Southeasterly end of the curve having a radius of 10 feet first above mentioned;

THENCE in a general Northerly direction along the arc of said curve a distance of 15.71 feet to the Southeasterly side of Page Drive, Hicksville, New York at the point or place of BEGINNING.