# Exhibit E

# **** Electronically Filed Document ****

Instrument Number: 2023-24240

Recorded As: EX-M23 - ASSIGN MORT

Recorded On: April 25, 2023

Recorded At: 10:01:09 am           Receipt Number: 2863351

Number of Pages: 3                 Processed By: 001 DMF

Book-Vl/Pg: Bk-M  Vl-47122  Pg-847

Total Rec Fee(s): $355.00

** Examined and Charged as Follows **

| 23 - ASSIGN MORTGAGE | $ 55.00 | EX-Blocks - Mortgages - $300 | $ 300.00 |

**Property Information:**

| Section | Block | Lot | Unit | Town Name |
|---|---|---|---|---|
| 12 | 531 | 52 | | OYSTER BAY |

************THIS PAGE IS PART OF THE INSTRUMENT ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.



*Maureen O'Connell*
**County Clerk Maureen O'Connell**

Recording Requested By:
T.D. SERVICE COMPANY

And When Recorded Mail To:
Vericrest Financial, Inc.
13801 Wireless Way
Oklahoma City OK 73134-0000

_____ Space above for Recorder's use _____
MERS MIN#: ▮▮▮▮▮▮▮▮▮▮▮▮  PHONE#: ▮▮▮▮▮▮▮▮▮▮
Customer#: 673   Service#: ▮▮▮▮▮▮▮▮▮▮▮▮

Loan#: ▮▮▮▮▮▮▮▮

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR THE CIT GROUP/CONSUMER FINANCE, INC., ITS SUCCESSORS AND ASSIGNS,**
  399 Knollwood Road Suite 304, White Plains, NY 10603              By these presents does convey,
grant, bargain, sell, assign, transfer and set over to:
                              **NDF1, LLC**
                 2 North Tamiami Trail, Suite 710, Sarasota, FL 34236

_____, _____. The described Mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for **$80,000.00** is recorded in the State of **NEW YORK**, County of **NASSAU** Official Records, dated **FEBRUARY 01, 2007** and recorded on **FEBRUARY 20, 2007**, as Instrument No. ---, in Book No. M 31565, at Page No. 226-230.
Original Mortgagor: **PAUL GOMEZ**. Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR THE CIT GROUP/CONSUMER FINANCE, INC., ITS SUCCESSORS AND ASSIGNS.** Property Address: **18 PAGE DRIVE, HICKSVILLE, NY 11801-0000.**
SBL # SECTION 0012 BLOCK 00531-00 LOT 00052. Assignments: **There are no assignments of record for this loan.**
The assignee is not acting as a nominee of the mortgagor and that the mortgage continues to secure a bonafide obligation.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") WHOSE ADDRESS IS 1901 E. VOORHEES STREET, SUITE C, DANVILLE, IL, 61834, P O BOX 2026, FLINT, MI, 48501-2026

Loan#: ▮▮▮▮  Srv#: ▮▮▮▮
Page 2

Date: JUNE 19, 2012
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR THE CIT GROUP/CONSUMER FINANCE, INC., ITS SUCCESSORS AND ASSIGNS

By: ~~Shannon Cook, Assistant Secretary~~  KENDRA COOK   Asst Secretary

This Assignment is not subject to the requirements of new section 275 of the real property law because it is an assignment with the secondary mortgage market.

State of **OKLAHOMA**          }
County of **OKLAHOMA**         } ss.

On JUNE 19, 2012, before me, B. Coulter, a Notary Public, personally appeared ~~Shannon Cook~~ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of **Oklahoma City**, County of **OKLAHOMA** State of **OKLAHOMA**.
Witness my hand and official seal.



_B. Coulter_
(Notary Name): B. Coulter
My commission expires: 05/14/2016

B. COULTER
Notary Public
State of Oklahoma
Commission # 12004612  Expires 05/14/16

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR THE CIT GROUP/CONSUMER FINANCE, INC., ITS SUCCESSORS AND ASSIGNS and officer located at
P.O. BOX 2026, FLINT, MI 48501 OR 1901 E. VOORHEES ST SUITE C, DANVILLE, IL 61834-0000

PREPARED BY: T.D. Service Company, 4000 W Metropolitan Dr Ste 400
 Orange, CA 92868, DAMEION LEWIS

✱ KENDRA COOK